

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2018

No. 04-16-00593-CV

Alvin M. **BURNS** and I.M. Burns,
Appellants

v.

**DIMMIT COUNTY, TEXAS**, Roberto Ramirez, and Edward Dryden, Eusebio Cantu Torres,
Eusebio Torres, Jr., Gladiator Energy Services, LLC, Hope Balderas, Juan Morales Balderas, and
Lucia Balderas Lopez,
Appellees

From the 293rd Judicial District Court, Dimmit County, Texas
Trial Court No. 12-07-11738-DCV
Honorable David Peeples, Judge Presiding

# O R D E R

By order dated March 27, 2018, this appeal was abated to the trial court to hold a hearing regarding missing exhibits. The trial court conducted the hearing and sealed supplemental clerk's and reporter's records have been filed in accordance with this court's order. It is therefore ORDERED that this appeal is REINSTATED on the docket of this court.

The appellants and appellee County of Dimmit have filed motions requesting access to the sealed records. Because the sealed records are necessary to prepare additional briefing which will require continual access, the appellants and appellee County of Dimmit are requesting copies of the sealed records, agreeing to maintain their confidentiality. The motions are GRANTED. The clerk of this court is instructed to immediately provide the appellants and appellee County of Dimmit with a CD-ROM containing the sealed records. The appellants and appellee County of Dimmit are ORDERED not to make any copies of the CD-ROMs or the sealed records or share the contents of the sealed records with any person except to the extent necessary to prepare their respective briefs. If the sealed records are referenced in any additional briefing, the parties are ORDERED to (1) file their respective briefs in paper form only, (2) with a cover letter informing the clerk of this court that the brief references the sealed record. *See* TEX. R. APP. P. 9.2(c)(3) (exception to electronic filing for documents under seal).

The appellants are ORDERED to file any amended or supplemental briefing no later than twenty days from the date of this order. The appellees are ORDERED to file any response brief

to any such amended or supplemental briefing no later than twenty days from the date the appellants file any such briefing.  The appellants are ORDERED to file any reply brief to any response brief no later than fifteen days from the date any such response brief is filed.  If the appellants or appellees decide not to file any additional briefing, they are ORDERED to file written notice of their intent within the deadlines provided for such additional briefing.

Upon the completion of the additional briefing but no later than the deadline for filing such additional briefing, the parties are ORDERED to return the CD-ROMs to the clerk of the court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court